# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

Joshua Michael Saavedra

**name of plaintiff(s)**

**CIVIL ACTION**

**versus**

**NO.** C-26-107 )

Dixon Correctional Institute

**name of defendant(s)**

## COMPLAINT

**1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):**

I was not provided any relief in State court and was told by the prison attorney to file this motion in federal court.

**2. Plaintiff,** Joshua Michael Saavedra **resides at**

56304 Almonaster St, Slidell,
**street address** **city**

St. Tammany, LA, 70458, 985-960-2301
**parish** **state** **zip code** **telephone number**

**(if more than one plaintiff, provide the same information for each plaintiff below)**

**3. Defendant,** Dixon Correctional Institute **lives at, or**

**its business is located at** 5568-LA 68,
**street address**

Jackson, East Feliciana, LA,
**city** **parish** **state**

70748, 225-634-1200.
**zip code** **telephone number**

**(if more than one defendant, provide the same information for each defendant below)**

4. **Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):**

I asked to see the warden of the prison and was then pepper sprayed and put into solitary confinement. Claim is based on cruel and unusual punishment of prisoner.

5. **Prayers for Relief (list what you want the Court to do):**

a. Compensated for mental and physical abuse including torture

b. Discipline of offending officers including possible suspension/termination

c.

d.

**I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.**

**Signed this** 27th **day of** July**, 20**26

[signature]

______________________

______________________

**(signature of plaintiff (s))**

# UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

RECEIVED
JUL 29 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

## GUIDE FOR FILING FEDERAL CIVIL SUITS

| ITEM | REQUIREMENTS |
|---|---|
| SUMMONS AND COMPLAINT | The original and one copy of the Complaint. One Summons for each defendant to be served is required. |
| SIGNATURE | The Complaint must be signed. See Federal Rules Civil Procedure 11. Counsel's name, complete address, telephone number and party represented must be typed on all pleadings. For pro se plaintiffs, the name, address and telephone number of the plaintiff must be typed on the last page of the complaint. |
| SERVICE | See Federal Rules of Civil Procedure 4. |
| COURT FEES | $400.00 cashier's check, law firm check or money order payable to U. S. Courts, or VISA or Mastercard with identification. No personal checks accepted. (Fee due for each case. Fee due whether a suit is Complaint or Notice of Removal) |

NOTE: A PRO SE LITIGANT HAS THE RESPONSIBILITY OF COMPLYING WITH THE LOCAL RULES OF THIS COURT, THE FEDERAL RULES OF CIVIL PROCEDURE, OR ANY OTHER OBLIGATIONS IMPOSED BY THE LAW.

**THIS OFFICE IS PROHIBITED BY LAW FROM GIVING OUT LEGAL ADVICE.**

SAAVEDRA
56304 ALMONASTER ST
SLIDELL, LA 70458

NEW ORLEANS LA 700
28 JUL 2026 AM

FOREVER USA

SCREENED
OK
U.S. MARSHAL

MIDDLE FEDERAL DISTRICT OF LOUISIANA
OFFICE OF THE CLERK
777 FLORIDA ST.
SUITE 139
BATON ROUGE, LA 70801

70801-176699