**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**JOSHUA MICHAEL SAAVEDRA** **CIVIL ACTION**

**VERSUS** **NO. 26-841-JWD-RLB**

**DIXON CORRECTIONAL INSTITUTE**

**ORDER**

The plaintiff(s) in this cause having tendered to the Court a complaint and affidavit(s) with a request for leave to proceed in forma pauperis;

**IT IS HEREBY ORDERED:**

( ) Plaintiff(s) application for leave to proceed in forma pauperis is **DENIED.** The plaintiff(s) is responsible for service of summons and complaint on the defendant(s).

( ) Plaintiff(s) application for leave to proceed in forma pauperis is **GRANTED.** The Clerk shall file said complaint without prepayment of costs or security thereof and the Clerk is directed to issue process to the defendant(s). The plaintiff(s) is responsible for service of summons and complaint on the defendant(s).

(X) Plaintiff(s) application for leave to proceed in forma pauperis is **GRANTED**. The Clerk shall file said complaint without prepayment of costs or security thereof. **The Clerk of Court is directed to withhold issuance of summons until further order of the Court. No service shall be made by the United States Marshal's Service at this time.**

Signed in Baton Rouge, Louisiana, on August 28, 2026.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**